Denise A. Grab, Cal. State Bar #268097
Justin Gundlach, N.Y. State Bar #4915468 (*pro hac vice* pending)
Jack Lienke, N.Y. State Bar #5066386 (*pro hac vice* pending)
Institute for Policy Integrity
New York University School of Law
139 MacDougal Street, 3rd Floor
New York, NY 10012
Telephone: (212) 992-8932
Fax: (212) 995-4592
Email: denise.grab@nyu.edu

Counsel for *Amicus Curiae* Institute for Policy Integrity

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>*Plaintiff*,<br><br>v.<br><br>ALEX M. AZAR II, Secretary of U.S. Department of Health and Human Services; ROGER SEVERINO, Director, Office for Civil Rights, Department of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and DOES 1-25,<br><br>*Defendants*. | Case No. 3:19-cv-2405-WHA<br><br>**[PROPOSED]** ORDER<br><br>Judge: The Honorable William Alsup |
| STATE OF CALIFORNIA, by and through XAVIER BECERRA, Attorney General,<br><br>*Plaintiff*,<br><br>v.<br><br>ALEX M. AZAR, in his OFFICIAL CAPACITY as SECRETARY of the U.S. DEPARTMENT of HEALTH & HUMAN SERVICES; U.S. DEPARTMENT of HEALTH & HUMAN SERVICES; DOES 1-100,<br><br>*Defendants*. | Case No. 3:19-cv-2769-WHA |

Proposed Order Granting Motion for Leave to File Amicus Brief
Case Nos. 3:19-cv-2405-WHA, 3:19-cv-2769-WHA, 3:19-cv-2916-WHA

| | |
|---|---|
| COUNTY OF SANTA CLARA, TRUST WOMEN SEATTLE, LOS ANGELES LGBT CENTER, WHITMAN-WALKER CLINIC, INC. d/b/a WHITMAN-WALKER HEALTH, BRADBURY-SULLIVAN LGBT COMMUNITY CENTER, CENTER ON HALSTED, HARTFORD GYN CENTER, MAZZONI CENTER, MEDICAL STUDENTS FOR CHOICE, AGLP: THE ASSOCIATION OF LGBTQ+ PSYCHIATRISTS, AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS d/b/a GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ EQUALITY, COLLEEN MCNICHOLAS, ROBERT BOLAN, WARD CARPENTER, SARAH HENN, and RANDY PUMPHREY, <br><br>*Plaintiffs,* <br><br>v. <br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES and ALEX M. AZAR, II, in his official capacity as SECRETARY OF HEALTH AND HUMAN SERVICES, <br><br>*Defendants.* | Case No. 3:19-cv-2916-WHA |

This matter having come before the Court by motion of proposed *amicus curiae* Institute for Policy Integrity at New York University School of Law, seeking leave to file a brief *amicus curiae* in the above-captioned matter, and the Court having reviewed the file and pleadings herein, and being otherwise fully advised in the matter, hereby finds good cause to allow amicus participation.

IT IS HEREBY ORDERED:

The Motion to File an *Amicus Curiae* Brief in Support of Plaintiffs is GRANTED.

This <u>24</u> day of <u>June</u>, 2019.

_____
The Honorable William Alsup