UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiff,<br><br>vs.<br><br>ALEX M. AZAR II, et al.,<br><br>Defendants. | Case Nos.  3:19-cv-2405-WHA (lead)<br>3:19-cv-2769-WHA<br>3:19-cv-2916-WHA |

# [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE*

Before the Court is the Unopposed Motion To File Brief As *Amici Curiae* filed by proposed *amici* The National LGBT Cancer Network, Callen Lorde Community Health Center, Care Resource Community Health Centers, Inc., Howard Brown Health, Legacy Community Health Services, Inc., and the National LGBTQ Task Force.  All Plaintiffs and Defendants have consented to the motion.

After considering the papers and for good cause shown, the Motion is GRANTED.

**IT IS SO ORDERED.**

Dated: September 19, 2019

_____
Hon. William H. Alsup
United States District Judge

DB1/ 106994476.1