IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Plaintiff,<br><br>  v.<br><br>ALEX M. AZAR II, Secretary of U.S. Department of Health and Human Services; ROGER SERVERINO, Director, Office for Civil Rights, Department of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and DOES 1-25,<br><br>    Defendants. | No. C 19-02405 WHA<br>*Related to*<br>No. C 19-02769 WHA<br>No. C 19-02916 WHA<br><br><br>**NOTICE RE BRIEFING** |

    In the upcoming round of briefing, the Court is especially interested in learning what specific denial of abortion or sterilization scenarios are covered by the new rule, but were not covered under the federal conscience statutes.

    Please also advise whether the word "sterilization" as used in the Church Amendments was intended to cover transgender medical operations and/or gender reassignment surgery.

    The parties shall please cite the specific authority they rely upon in answering these questions.

Dated:  September 24, 2019.

                                                      WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE