IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALEX M. AZAR II, Secretary of U.S. Department of Health and Human Services; ROGER SERVERINO, Director, Office for Civil Rights, Department of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and DOES 1-25,<br><br>　　　　Defendants. | No. C 19-02405 WHA<br>*Related to*<br>No. C 19-02769 WHA<br>No. C 19-02916 WHA<br><br><br>**ORDER RE USE OF TERM "ENTITY"** |

**BY TUESDAY AT NOON,** each side shall advise the Court of the extent to which HHS contends (or has contended) that "entity" as used in the Church Amendment should be construed to include "health care entity" as defined in the challenged rule. Each side shall please limit its response to **THREE PAGES** or less and file simultaneously on Tuesday.

Dated: November 8, 2019.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE