| | |
|---|---|
| RICHARD B. KATSKEE*<br>AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE<br>1310 L Street NW, Suite 200<br>Washington, DC 20005<br>Tel: (202) 466-3234; Fax: (202) 466-3234<br>katskee@au.org<br><br>GENEVIEVE SCOTT*<br>CENTER FOR REPRODUCTIVE RIGHTS<br>199 Water Street, 22nd Floor<br>New York, NY 10038<br>Tel: (917) 637-3605; Fax: (917) 637-3666<br>gscott@reprorights.org<br><br>JAMIE A. GLIKSBERG*<br>LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.<br>105 West Adams, 26th Floor<br>Chicago, IL 60603-6208<br>Tel: (312) 663-4413; Fax: (312) 663-4307<br>jgliksberg@lambdalegal.org | JAMES R. WILLIAMS (SBN 271253)<br>GRETA S. HANSEN (SBN 251471)<br>LAURA S. TRICE (SBN 284837)<br>MARY E. HANNA-WEIR (SBN 320011)<br>SUSAN P. GREENBERG (SBN 318055)<br>H. LUKE EDWARDS (SBN 313756)<br>OFFICE OF THE COUNTY COUNSEL, COUNTY OF SANTA CLARA<br>70 West Hedding Street, East Wing, 9th Fl.<br>San José, CA 95110-1770<br>Tel: (408) 299-5900; Fax: (408) 292-7240<br>mary.hanna-weir@cco.sccgov.org<br><br>LEE H. RUBIN (SBN 141331)<br>MAYER BROWN LLP<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, CA 94306-2112<br>Tel: (650) 331-2000; Fax: (650) 331-2060<br>lrubin@mayerbrown.com<br><br>* Admitted Pro Hac Vice<br><br>*Counsel for Plaintiffs* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COUNTY OF SANTA CLARA, TRUST WOMEN SEATTLE, LOS ANGELES LGBT CENTER, WHITMAN-WALKER CLINIC, INC. d/b/a WHITMAN-WALKER HEALTH, BRADBURY-SULLIVAN LGBT COMMUNITY CENTER, CENTER ON HALSTED, HARTFORD GYN CENTER, MAZZONI CENTER, MEDICAL STUDENTS FOR CHOICE, AGLP: THE ASSOCIATION OF LGBTQ+ PSYCHIATRISTS, AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS d/b/a GLMA: HEALTH PROFESSIONALS ADVANCING LGBTQ EQUALITY, COLLEEN MCNICHOLAS, ROBERT BOLAN, WARD CARPENTER, SARAH HENN, and RANDY PUMPHREY,<br><br>                Plaintiffs,<br><br>   vs.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES and ALEX M. AZAR, II, in his official capacity as SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>                Defendants. | Case No. 3:19-cv-02916<br><br>[PROPOSED] **FINAL JUDGMENT**<br><br>Hon. William Alsup |

# [PROPOSED] FINAL JUDGMENT

For the reasons detailed in the Court's November 19, 2019, Order (ECF No. 87), the Court enters the following dispositions:

Plaintiffs' Motion for Summary Judgment (*see* ECF No. 70; *State of California v. Azar et al.*, No. 3:19-cv-02769 (N.D. Cal.), ECF No. 113) is **GRANTED**. The challenged rule is set aside and shall be unenforceable.

Defendants' Motion to Dismiss Or, In the Alternative, for Summary Judgment (ECF No. 64) is **DENIED**.

Because Plaintiffs have received substantially all the relief they sought in this action, it is unnecessary for the Court to reach the claims not addressed in the Court's Order.

Final Judgment is hereby entered this __8__ day of January, 2020.

Date: __January 8, 2020.__

HONORABLE WILLIAM ALSUP
United States District Judge