1 JOSEPH H. HUNT
Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director
Civil Division

VINITA ANDRAPALLIYAL
REBECCA M. KOPPLIN
(CA Bar # 313970)
BENJAMIN T. TAKEMOTO
(CA Bar # 308075)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4252
Fax: (202) 616-8460
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| COUNTY OF SANTA CLARA et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES and ALEX M. AZAR II, *in his official capacity as Secretary of Health and Human Services*, <br><br> Defendants. | Case No. 19-cv-2916-WHA <br><br> **DEFENDANTS' NOTICE OF APPEAL** <br><br> Hon. William Alsup <br><br> Phillip Burton Federal Building & United States Courthouse, Courtroom 12, 19th Fl., 450 Golden Gate Ave., San Francisco, CA 94102 |

| | |
|---|---|
| 1 | Notice is hereby given that the United States Department of Health and Human Services and Alex M. Azar II, in his official capacity as Secretary of Health and Human Services, defendants in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on the day of January 8, 2020. |

Dated: March 6, 2020

Respectfully Submitted,

JOSEPH H. HUNT
Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director
Civil Division

*Benjamin Takemoto*
VINITA ANDRAPALLIYAL
REBECCA M. KOPPLIN
(CA Bar # 313970)
BENJAMIN T. TAKEMOTO
(CA Bar # 308075)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4252
Fax: (202) 616-8460
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendants*